UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABDEL ABLA and ERWIN AGUILAR, | * | |
| on behalf of themselves | * | |
| and all others similarly situated, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:10-10373-JLT |
| | * | |
| BRINKER RESTAURANT CORPORATION | * | |
| and BRINKER INTERNATIONAL, INC., | * | |
| d/b/a MAGGIANO'S LITTLE ITALY, | * | |
| | * | |
| Defendants. | * | |

ORDER
November 10, 2011

TAURO, J.

After a hearing on November 9, 2011, this court hereby orders that:

1.    Plaintiffs' Counsel will submit to this court a copy of any cases other materials that she believes support her contention that Plaintiff Erwin Aguilar is a typical or adequate class representative for a potential national class in this action in light of the settlement of the Massachusetts Subclass.  All copies of such materials must be submitted to this court by NOVEMBER 30, 2011.


IT IS SO ORDERED.

                                        ____/s/ Joseph L. Tauro____
                                        United States District Judge